UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GENE THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br>et al.,<br><br>    Respondents. | Case No. C09-21-MJP-BAT<br><br>ORDER OF DISMISSAL |

    The Court, having reviewed the Petitioner's 2254 Petition for Writ of Habeas Corpus (Dkt. No. 10), Petitioner's Amended 2254 Petition (Dkt. No. 13), Respondents' Motion to Dismiss (Dkt. No. 18), the Report and Recommendation of Honorable United States Magistrate Judge Brian A. Tsuchida, the absence of any objection from Petitioner, and the remaining record, finds and Orders as follows:

    (1) The Report and Recommendation is approved and adopted;

    (2) Respondents' Motion to Dismiss is GRANTED; and

    (3) Petitioner's 2254 Petitioner and the Amended 2254 Petition (Dkt. Nos. 10, 13) is DISMISSED with prejudice.

    The Clerk is directed to send a copy of this order to all pro se parties and counsel of record.

ORDER OF DISMISSAL- 1

DATED this 13th day of October, 2009.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL- 2